# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

Clifford W. Taylor,
Chief Justice

128623-5

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAYLE TRENTADUE, as Personal
Representative of the Estate of
MARGARETTE F. EBY, Deceased,
      Plaintiff-Appellee,

v

SC: 128623, 128624, 128625
COA: 252155, 252207, 252209
Genesee CC: 02-074145-NZ

BUCKLER AUTOMATIC LAWN
SPRINKLER COMPANY, SHIRLEY
GORTON, LAURENCE W. GORTON,
JEFFREY GORTON, VICTOR NYBERG,
TODD MICHAEL BAKOS and CARL
L. BEKOFSKE, as Personal Representative
of the Estate of RUTH R. MOTT, Deceased,
      Defendants,

and

MFO MANAGEMENT COMPANY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 5, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to include among the issues to be briefed whether the Court of Appeals application of a common law discovery rule to determine when plaintiff's claims accrued is inconsistent with or contravenes MCL 600.5827, and whether previous decisions of this Court, which have recognized and applied such a rule when MCL 600.5827 would otherwise control, should be overruled.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk

s0712